IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. **CIV - GOLD**

GUSTAVO A. MORALES,

    Plaintiff,

vs.

CITIGROUP f/k/a
THE NATIONAL CITY BANK OF NEW YORK,

    Defendant.
_____/

**MAGISTRATE JUDGE TURNOFF**

**THE STATE OF FLORIDA:**

TO:   CITIGROUP f/k/a
      THE NATIONAL CITY BANK OF NEW YORK
      c/o Registered Agent, C T Corporation System
      1200 South Pine Island Road
      Plantation, FL 33324

     **YOU ARE HEREBY SUMMONED** and require to serve on PLAINTIFF'S ATTORNEY:

OMAR ORTEGA, ESQUIRE<br>
<b>DORTA & ORTEGA, P.A.</b><br>
2222 PONCE DE LEON BLVD., SUITE 306<br>
CORAL GABLES, FLORIDA 33134<br>
TEL: (305) 461-5454

an answer to the Complaint which is served on you with this Summons, within **20 days** after service of this summons on that Defendant, exclusive of the day of service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DATED ON     **AUG 1 7 2005**   , 2005.

Clarence Maddox
As Clerk of Said Court

By: _____
    Deputy Clerk

