IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-22285 CIV-GOLD

GUSTAVO A. MORALES,

    Plaintiff,

vs.

CITIGROUP, INC. f/k/a
THE NATIONAL CITY BANK OF NEW YORK,

    Defendant.
_____/

**THE STATE OF FLORIDA:**

TO:    CITIGROUP, INC. f/k/a
        THE NATIONAL CITY BANK OF NEW YORK
        c/o Registered Agent, C T Corporation System
        1200 South Pine Island Road
        Plantation, FL 33324

        **YOU ARE HEREBY SUMMONED** and require to serve on PLAINTIFF'S ATTORNEY:

OMAR ORTEGA, ESQUIRE
**DORTA & ORTEGA, P.A.**
2222 PONCE DE LEON BLVD., SUITE 306
CORAL GABLES, FLORIDA 33134
TEL: (305) 461-5454

an answer to the Amended Complaint for Damages and Jury Trial which is served on you with this Summons, within **20 days** after service of this summons on that Defendant, exclusive of the day of service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DATED ON ____10/13____, 2005.

~~HARVEY RUBIN~~

As Clerk of Said Court
By: Martha Diaz
Deputy Clerk