FILED by EG D.C.
ELECTRONIC

Nov 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 05-22285-CIV-GOLD

GUSTAVO A. MORALES

    Plaintiff,

v.

CITIGROUP f/k/a THE NATIONAL CITY
BANK OF NEW YORK,

    Defendant.
_____/

### AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant, Citigroup, Inc. ("Citigroup"), moves for an enlargement of time of thirty (30) days, up through and including December 1, 2005, to respond to Plaintiff's Complaint and in support thereof states as follows:

1. This action was filed on August 17, 2005, and this is the first enlargement sought by Citigroup.

2. The parties have made initial contact to explore the possibility of resolving the case, but have been unable to do so due to work interruptions resulting from Hurricane Wilma.

3. Citigroup therefore requests an additional 30 days to answer the complaint, up to and including December 1, 2005.

4. This motion is not interposed for the purpose of delay, but to ensure that Citigroup has adequate time to formulate its response to the Complaint. Plaintiff

ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.

6/aj

Case 1:05-cv-22285-ASG Document 7 Entered on FLSD Docket 03/09/2007 Page 2 of 3
Case 2:05-cv-22285-DGB Document 6 Entered on FLSD Docket 11/03/2005 Page 2 of 3

CASE NO. 05-22285-CIV-GOLD

will not be prejudiced by this Court granting the request for an enlargement of time for Citigroup to respond to the Complaint.

WHEREFORE, Defendant Citigroup respectfully requests entry of an Order enlarging the time to respond to the Complaint, up until and including December 1, 2005.

### CERTIFICATE OF COUNSEL

Undersigned counsel contacted counsel for the Plaintiff who indicated that he does not have any objection to the relief sought in the present motion.

Dated: November 2, 2005.

Respectfully submitted,

/s/ Elena M. Marlow
**ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.**
José I. Astigarraga & Elena M. Marlow
Fla. Bar No. 263508 & 139858
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Tel:(305) 372-8282
Fax:(305) 372-8202

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to **Omar Ortega, Esq.**, Dorta & Ortega, P.A., 2222 Ponce de Leon Blvd., Suite 306, Coral Gables, FL 33134 this 2nd day of November 2005.

/s/ Elena M. Marlow
Elena M. Marlow

F:\WDOX\CLIENTS\10016\5002\00050940.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-22285-CIV-GOLD

GUSTAVO A. MORALES,

    Plaintiff,

v.

CITIGROUP f/k/a THE NATIONAL CITY
BANK OF NEW YORK,

    Defendant.
_____/

**ORDER GRANTING CITIGROUP'S AGREED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

THIS CAUSE came before the Court upon Citigroup's Agreed Motion for Enlargement of Time to Respond to the Complaint. The Court having read and considered the Motion, and otherwise being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1.   Citigroup's Motion for Enlargement of Time to Respond to the Complaint is GRANTED.

2.   Citigroup shall have up through and including December 1, 2005 to respond to the Complaint.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this _____ day of November, 2005.

                                                                     ALAN S. GOLD
                                                                     United States District Judge
                                                                       Southern District of Florida

Copies furnished to:
José I. Astigarraga, Esq.
Omar Ortega, Esq.