UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-22285-CIV-GOLD



GUSTAVO A. MORALES,

    Plaintiff,

v.

CITIGROUP f/k/a THE NATIONAL CITY
BANK OF NEW YORK,

    Defendant.
_____/

## ORDER GRANTING CITIGROUP'S AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

THIS CAUSE came before the Court upon Citigroup's Agreed Motion for Enlargement of Time to Respond to the Complaint. The Court having read and considered the Motion, and otherwise being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. Citigroup's Motion for Enlargement of Time to Respond to the Complaint is ~~denied~~ Granted -AS-

2. Citigroup shall have up through and including December 1, 2005 to respond to the Complaint.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this ___ day of November, 2005.

ALAN S. GOLD
United States District Judge
Southern District of Florida

Copies furnished to:
José I. Astigarraga, Esq.
Omar Ortega, Esq.