UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-22285-CIV-GOLD

GUSTAVO A. MORALES,

    Plaintiff,

v.

CITIGROUP f/k/a THE NATIONAL CITY
BANK OF NEW YORK,

    Defendant.
_____/

### ORDER GRANTING CITIGROUP'S AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE AMENDED COMPLAINT

THIS CAUSE came before the Court upon Citigroup's Agreed Motion for Enlargement of Time to Respond to the Amended Complaint. The Court having considered the Motion, and otherwise being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. Citigroup's Motion for Enlargement of Time to Respond to the Amended Complaint is GRANTED.

2. Citigroup shall have up through and including January 5, 2006 to respond to the Amended Complaint.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this ____ day of December, 2005.

                                        ALAN S. GOLD
                                        United States District Judge
                                        Southern District of Florida

Copies furnished to:
José I. Astigarraga, Esq.
Omar Ortega, Esq.

F:\WDOX\CLIENTS\10016\5002\00051354.DOC