UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-22285-CIV-GOLD

GUSTAVO A. MORALES,

    Plaintiff,

v.

CITIGROUP f/k/a THE NATIONAL CITY
BANK OF NEW YORK,

    Defendant.

_____/



FILED by _____ D.C.

FEB 0 1 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING CITIGROUP'S
## AGREED MOTION FOR ENLARGEMENT OF TIME
## TO FILE REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE

THIS CAUSE came before the Court upon Citigroup's Agreed Motion for
Enlargement of Time to file it's reply to Plaintiff's "Response to Citigroup's Motion to
Transfer Venue". The Court having considered the Motion, and otherwise being fully
advised in the premises, it is hereby ORDERED AND ADJUDGED that:

    1.    Citigroup's Motion for Enlargement of Time to file it's reply to
        Plaintiff's "Response to Citigroup's Motion to Transfer Venue" is
        GRANTED.

    2.    Citigroup shall have up through and including February 10, 2006 to
        file it's reply to Plaintiff's "Response to Citigroup's Motion to
        Transfer Venue".



CASE NO. 05-22285-CIV-GOLD

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this _____ day of _____, 2006.

ALAN S. GOLD
United States District Judge
Southern District of Florida

Copies furnished to:
José I. Astigarraga, Esq.
Omar Ortega, Esq.

2