UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-22285-CIV-GOLD/TURNOFF

GUSTAVO A. MORALES,

    Plaintiff,

vs.

CITIGROUP, IND., f/k/a THE NATIONAL
CITY BANK OF NEW YORK,

    Defendant.
_____/



FILED by _____ D.C.

FEB 27 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

A telephonic status conference on Defendant's Motion to Transfer Venue **[DE 10]** and Motion to Stay Action **[DE 12]** is hereby set before the Honorable Alan S. Gold, at the United States District Court, Courtroom Ten, Tenth Floor, 301 North Miami Avenue, Miami, Florida, on **Monday, March 13, 2006, at 3:00 p.m.** The Court shall initiate the telephone conference from chambers on the above date and time. The Court may cancel the telephonic status conference if it receives written notice of settlement approval before that time. **Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.**

DONE AND ORDERED in chambers at Miami, Florida, this 27 day of February, 2006.

                                            THE HONORABLE ALAN S. GOLD
                                            UNITED STATES DISTRICT JUDGE

Copies furnished:

**U.S. Magistrate Judge William C. Turnoff**
**All Counsel of Record**

