# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

JUDGE ALAN S. GOLD      COURTROOM 10 - TENTH FLOOR

   

FILED by D.C.
MAR 13 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **13** Mar 2006 3:00 PM | 3:15 PM | | 05-22285-CIV-GOLD [15 MINS]<br><br>TELEPHONIC STATUS CONFERENCE<br>RE: DEFENDANT'S MOTION TO TRANSFER VENUE [DE 10] AND MOTION TO STAY [DE 12]<br><br>COURT TO INITIATE CALL<br><br>GUSTAVO A. MORALES<br>Omar Ortega, Esq. 305-461-5454, for this call only, 3-13-06, call attorney Ray Dorta, Esq.<br><br>v.<br><br>CITIGROUP f/k/a THENATIONAL CITY BANK OF NEW YORK,<br>Elena M. Marlow, Esq. 305-372-8282 |

- MOTION HEARING HELD

---

© 2006 Lotus Development Corp.     3/13/2006 at 2:41 PM     Page 1

Court Reporter: Joseph Millikan

19A