UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22285-CIV-GOLD/TURNOFF

GUSTAVO A. MORALES,

    Plaintiff,

v.

CITIGROUP, INC., f/k/a THE NATIONAL
CITY BANK OF NEW YORK,

    Respondent.
_____/

FILED by ___ D.C.
MAR 1 5 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court following the telephonic status conference held on March 13, 2006 on Defendant's Motion to Transfer Venue **[DE 10, filed January 5, 2006]** and Motion to Stay Action Pending Determination of its Motion to Transfer **[DE 12, filed January 5, 2006]**. During the telephonic status conference, the parties informed me that Plaintiff, Gustavo A. Morales, recently passed away. Plaintiff's counsel further informed me that Plaintiff left a will that devised the property at issue, and that he intends to prepare the necessary paperwork to open an estate and thereby identify the correct individual(s) to stand in place of Gustavo A. Morales in this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

    1.    Defendant's Motion to Transfer Venue **[DE 10]** is HELD IN ABEYANCE pending determination of the proper plaintiff(s) in this action.

    2.    Defendant's Motion to Stay Action Pending Determination of its Motion to Transfer **[DE 12]** is GRANTED.

1

3. This case is ADMINISTRATIVELY CLOSED. Either party may file a motion to reopen this case after the appropriate proceedings to determine the proper plaintiff(s) in this action are concluded. Nothing contained within this Order shall be interpreted as a ruling on the merits of the case.

4. Either party may file supplemental material relating to Defendant's Motion to Transfer Venue **[DE 10]** within **ten days** of entry of an order reopening the case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on /4 March, 2006.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

**Copies furnished:**

U.S. Magistrate Judge ~~White~~ Turnoff
All Counsel of Record

2