IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-22285-CIV-GOLD/TURNOFF

GUSTAVO A. MORALES,

    Plaintiff,

vs.

CITIBANK f/k/a
THE NATIONAL CITY BANK OF NEW YORK,

    Defendant.
_____/

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)

JUSTA C. MORALES, personal representative for the estate of Plaintiff GUSTAVO A. MORALES, suggests upon the record, pursuant to Fed. Rule of Civ. Pro. 25(a)(1), the death of Plaintiff, GUSTAVO A. MORALES during the pendency of this action.

    Respectfully submitted,

    **DORTA & ORTEGA, P.A.**

    /s/ Omar Ortega, Esq.
    Florida Bar No. 0095117
    Douglas Entrance
    800 Douglas Road, Suite 149
    Coral Gables, Florida 33134
    Telephone:   (305) 461-5454
    Fax:          (305) 461-5226

    *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 30, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsels or parties who are not authorized to receives electronically Notices of Electronic Filing.

By: /s/_Omar Ortega, Esq._____
    Omar Ortega, Esq.
    Florida Bar No. 0095117
    **DORTA & ORTEGA, P.A.**
    Douglas Entrance
    800 S. Douglas Road, Suite 149
    Coral Gables, Florida 33134
    Phone: (305)461-5454
    Facsimile: (305)461-5226

## SERVICE LIST

CASE NO.: 05-22285-CIV-GOLD/TURNOFF

Elena M. Marlow,
emarlow@astidavis.com
Astigarrga Davis Mullins and Grossman, P.A.
701 Brickell Avenue
16th Floor
Miami, Florida 33131
(305) 372-8282
(305) 372-8202
Attorneys for Defendant
Citigroup, Inc. f/k/a The National
City Bank of New York