UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-22285-CIV-GOLD/TURNOFF

JUSTA C. MORALES, as personal
representative of the estate of
GUSTAVO A. MORALES,

    Plaintiff,

v.

CITIBANK f/k/a THE NATIONAL BANK
OF NEW YORK,

    Defendant.

_____/

## ORDER REOPENING CASE AND SUBSTITUTING PARTY

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Reopen Administratively Closed Case and for Substitution of Party [DE 22], filed March 30, 2007. Plaintiff Gustavo Morales passed away during the pendency of this action, and while a Motion to Transfer Venue was pending. I ordered the Motion to Transfer stayed during the probate of the estate, and pending the naming of an administrator to the estate. Justa C. Morales has since been named as administrator of the estate of Gustavo Morales, and now wishes to pursue this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    Plaintiff's Motion to Reopen this Case and Substitute Party **[DE 22] is GRANTED**.

2.    The Clerk is directed to reopen this case.

3.    As discussed in my earlier order [DE 20], the parties have 10 days in which

to file any supplemental material relevant to the pending motion to transfer venue.

**DONE AND ORDERED** in Chambers, in Miami, Florida this ___ day of April, 2007.

_____
**ALAN S. GOLD**
**UNITED STATES DISTRICT JUDGE**

Copies to:
**U.S. Magistrate Judge William C. Turnoff**
**All counsel of record**

# IMPORTANT NOTICES

## CM/ECF PROCEDURES

**COURTESY COPIES: Notwithstanding the implementation of CM/ECF, all parties shall deliver a courtesy copy to the Intake Section of the Clerk's** Office of all dispositive motions and/or motions EXCEEDING TWENTY-FIVE PAGES. This copy shall be bound and any Attachments and/or Appendices must be indexed with tabs.

**PROPOSED ORDERS: Counsel shall send a proposed order for all non-dispositive motions in WORDPERFECT FORMAT directly to gold@flsd.uscourts.gov. Please refer to the docket entry number on the proposed order. Please note the docket entry number "[DE #]" on the proposed order. The Complete CM/ECF Administrative Procedures are available on the Court's Website at www.flsd.uscourts.gov**

## ATTENTION: AMENDED SECURITY POLICY

**Pursuant to Administrative Order 2006-16, issued by the Chief Judge July 31, 2006:**
NO ONE SHALL BRING CELLULAR TELEPHONES INTO THE FEDERAL COURTHOUSE **EXCEPT** attorneys permitted to practice law within the Southern District of Florida with a valid Florida Bar Association Bar Card Identification having business within the facility. Additionally, attorneys admitted pro hac vice shall be permitted to bring their cellular phones into the courthouse also. (This applies to attorneys only and precludes staff, investigators, etc.) **Cellular telephones with integrated cameras are now permitted into the Courthouse pursuant to the other provisions herein**. Other exceptions to this policy exist, please contact the United States Marshal's office for further information.