UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 05-22285-CIV-GOLD

JUSTA C. MORALES, as personal
representative of the estate of
GUSTAVO A. MORALES

    Plaintiff,

v.

CITIGROUP, INC. f/k/a THE NATIONAL CITY
BANK OF NEW YORK,

    Defendant.
_____/

## DEFENDANT CITIGROUP'S NOTICE OF SCRIVENER'S ERRORS

Defendant, Citigroup, Inc. ("Citi"), hereby gives notice of a scrivener's error in the case style of both Plaintiff's Motion to Re-Open Administratively Closed Case and for Substitution of Parties [DE # 22] ("Plaintiff's Motion") and in the Court's Order Re-Opening Case and Substituting Party [DE # 23] ("Court's Order").

The correct style of this case reads, in relevant part, "Citigroup, Inc. f/k/a The National City Bank of New York."[1] However, the case style of Plaintiff's Motion reads "Citibank f/k/a/ The National City Bank of New York," and the case style of the Court's Order reads "Citibank f/k/a/ The National Bank of New York." Defendant Citi thus respectfully gives notice of these errors in the record.

---

[1] *See* Complaint for Damages and Jury Trial, filed August 17, 2005 [DE #1] & Amended Complaint for Damages and Jury Trial, filed October 13, 2005 [DE #4].

ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.

CASE NO. 05-22285-CIV-GOLD

Dated: April 19, 2007.　　　　　　　　Respectfully submitted,

/s/ Elena M. Marlow
**ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.**
José I. Astigarraga, Edward M. Mullins,
Elena M. Marlow
Fla. Bar No. 263508, 863920, 139858 & 817031
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Tel:(305) 372-8282
Fax:(305) 372-8202
E-mail: emarlow@astidavis.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to **Omar Ortega, Esq.**, Dorta & Ortega, P.A., 2222 Ponce de Leon Blvd., Suite 306, Coral Gables, FL 33134 this 19th day of April, 2007.

　　　　　　　　　　　　　　　　/s/ Elena M. Marlow
　　　　　　　　　　　　　　　　Elena M. Marlow

62236

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-22285-CIV-GOLD

GUSTAVO A. MORALES,

    Plaintiff,

v.

CITIGROUP, INC. f/k/a THE NATIONAL CITY
BANK OF NEW YORK,

    Defendant.
_____/

**ADMINISTRATIVE ORDER CORRECTING SCRIVENER'S ERRORS**

THIS CAUSE came before the Court upon "Defendant Citigroup's Notice of Scrivener's Errors". The Court having considered the Notice, and otherwise being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

The case style of both Plaintiff's Motion to Re-Open Administratively Closed Case and for Substitution of Parties [DE # 22] and the Court's Order Re-Opening Case and Substituting Party [DE # 23] are hereby administratively corrected to read, in relevant part, "Citigroup, Inc. f/k/a The National City Bank of New York."

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this _____ day of April, 2007.

                                                      ALAN S. GOLD
                                                      United States District Judge
                                                      Southern District of Florida

Copies furnished to:
José I. Astigarraga, Esq.
Omar Ortega, Esq.