UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-22285-CIV-GOLD

GUSTAVO A. MORALES,

    Plaintiff,

v.

CITIGROUP, INC. f/k/a THE NATIONAL CITY
BANK OF NEW YORK,

    Defendant.

_____/

## ADMINISTRATIVE ORDER CORRECTING SCRIVENER'S ERRORS

THIS CAUSE came before the Court upon "Defendant Citigroup's Notice of Scrivener's Errors". The Court having considered the Notice, and otherwise being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

The case style of both Plaintiff's Motion to Re-Open Administratively Closed Case and for Substitution of Parties [DE # 22] and the Court's Order Re-Opening Case and Substituting Party [DE # 23] are hereby administratively corrected to read, in relevant part, "Citigroup, Inc. f/k/a The National City Bank of New York."

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this ____ day of April, 2007.

                                                    ALAN S. GOLD
                                                    United States District Judge
                                                    Southern District of Florida

Copies furnished to:
José I. Astigarraga, Esq.
Omar Ortega, Esq.