**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 05-22285-CIV-GOLD/TURNOFF**

**GUSTAVO A. MORALES,**

        **Plaintiff,**

**v.**

**CITIGROUP f/k/a THENATIONAL**
**CITY BANK OF NEW YORK,**

        **Defendant.**         /

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

A telephonic status conference regarding the Defendant's Supplemental Motion to Change Venue, **[DE 28]** is hereby **scheduled** before the Honorable Alan S. Gold, at the United States District Court, Courtroom Ten, Tenth Floor, 301 North Miami Avenue, Miami, Florida, on **June 15, 2007 at 2:30 p.m.** The Court shall initiate the telephone conference from chambers on the above date and time. Please be available timely. Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.

        **DONE AND ORDERED** in chambers at Miami, Florida, this 6th day of June 2007.

                        *[signature]*

                    **THE HONORABLE ALAN S. GOLD**
                    **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
**U.S. Magistrate Judge William C. Turnoff**
**All counsel of record**

CM/ECF PROCEDURES:

**COURTESY COPIES: Notwithstanding the implementation of CM/ECF, all parties shall deliver a courtesy copy to the Intake Section of the Clerk'**s Office of all dispositive motions and/or motions exceeding twenty-five pages. This copy shall be bound and any Attachments and/or Appendices must be indexed with tabs. **PROPOSED ORDERS: Counsel shall send a proposed order for all non-dispositive motions in WORDPERFECT FORMAT directly to** gold@flsd.uscourts.gov. Please refer to the docket entry number on the proposed order. The Complete CM/ECF Administrative Procedures are available on the Court's Website at www.flsd.uscourts.gov