- - - - - - - - - - - NUMBER SIX - - - - - - - - - -

- - - - - - - SPECIAL POWER OF ATTORNEY - - - - - - - -

--- IN THE CITY OF SANTA CLARA, on twenty-fifth January
nineteen hundred seventy-one.- - - - - - - - - - - - - - -

--- BEFORE ME, DOCTOR CONSUELO BARRERO Y GONZALEZ, Lawyer,
Notary Public of the District of Santa Clara, and resident
thereof, inscribed in the Lawyers' Register, under number
eight hundred seven, THERE APPEARS: - - - - - - - - - -

--- Mr. JOSE MORALES MORALES, a native of Chaiva, Remedios,
Las Villas, Cuba, of age, a Cuban citizen, married since -
eighteenth September nineteen hundred fifty-five to Mrs. -
MARIA EVELIA RAFAELA FERNANDEZ CALIENES Y CACERES, farmer,
a resident of the village of General Carrillo, Las Villas,
Cuba, coincidentally present in this city.- - - - - - - - -

--- The executing party appears on his own behalf.- I CER-
TIFY that he proves his identity, and that from his affir-
mations I have relative knowledge of the place he was born,
that he is of age, of his marital status, occupation, ci-
tizenship, residence, and address. He assures me that he-
is in possession of his full civil rights, and has, as I -
judge him to have, sufficient legal capacity to execute -
this instrument, and there being no indication to the con-
trary, the appearing party states:- - - - - - - - - - - -

--- That he grants and confers SPECIAL, ample, necessary -
and sufficient POWERS OF ATTORNEY as required by Law on -
his nephew Mr. GUSTAVO MORALES GONZALEZ, a native of Bue--
navista, Las Villas, Cuba, married to Justa Nuñez, Teacher,
resident of the City of Havana, in the "Fontanar" Quarter,
at number nineteen thousand eight hundred fifty-one, Two -
Hundred Twenty Ninth avenue, to represent the person, - - -
rights and stocks of the grantor, and to use and exercise-
said power of attorney in accordance with the following: -

**EXHIBIT A**

- - - - - - - - - -FACULTIES- - - - - - - - - -

--- ONE:- To request authorization of the Cuban aut
ties where necessary and to appear personally or thr
petitions and formal requests before the banking ent
"The National City Bank of New York" of the United S
of America, or before its representatives in Cuba or
seas, and carry out the proper negotiations for the
of the following stocks, issued by said entity;- - -

a).- "The National City Bank of New York", number F
     hundred eighty six thousand nine hundred four T
     STOCKS, purchased on fourth December nineteen h
     dred thirty three, worth at that time twenty d
     each, with a nominal value of twenty-seven doll
     and seventy-five cents each.- - - - - - - - -

B).- "The National City Bank of New York", number G
     ty one thousand six hundred thirty-four, THIRT
     STOCKS, purchased on twelfth June nineteen hun
     thirty-four, worth at that time twelve dollars
     fifty-cents each, with a nominal value of twen
     ven dollars seventy-five cents each.------------

--- TWO.- To collect the amount received in payment
said stocks, and apply it to the most pressing fami
needs.- - - - - - - - - - - - - - - - - - - - - -

--- THREE.- To execute any public or private docum
necessary to achieve the above ends.- - - - - - - -

--- FOUR.- To delegate any of these powers to achi
the object of this instrument; as well as to proce
negotiate as necessary in state or private offices,
behalf of the grantor.- - - - - - - - - - - - - - -

- - - - - - - - EXECUTION AND RATIFICATION - - -

--- THUS STATES AND EXECUTES the appearing party;
the Notary Public, having read this document aloud,

he waived him right of which I advised him to do so, he —
agrees to the contents thereof, and signs it in my presen-
ce, to all of which I attest. I further certify that the
following corrections were made, with the appearing par —
ty's consent.- - - - - - - - - - - - - - - - - - - - -
Corrections follow.- (Signed): JOSE MORALES MORALES.-(Sig
ned): DRA. CONSUELO BARRERO.- - - - - - - - - - - - -

--- THIS IS A FAITHFUL COPY OF THE ORIGINAL WHICH, UNDER THE —
ABOVE NUMBER, IS FILED IN MY NOTARY PUBLIC'S REGISTER. AT THE—
REQUEST OF THE APPEARING PARTY, I ISSUE THE PRESENT COPY IN —
SANTA CLARA, ON THE DAY OF THE EXECUTION; IN VIEW OF THE PROVI
SIONS OF THE CURRENT LEGISLATION NO DOCUMENTARY STAMPS HAD —
AFFIXED TO THIS COPY, I NOTE THE ISSUE OF THIS PRESENT IN THE—
MARGIN OF THE ORIGINAL INSTRUMENT, TO ALL OF WHICH I, THE UN —
DERSIGNED NOTARY, ATTEST. - - - - - - - - - - - - - - - - - - -

(Signed): Dra. Consuelo Barrero

(On this signature there appears an oval-shaped rubber-stamp im
pression of the Notary Public).—————————————————————————

LEGALIZATION.- We, the undersigned, Notary Publics of the
Association of - - - - - - - - - - - - - - - Notarial District
of - - -SANTA CLARA- - - do hereby legalize the above sig-
nature and paraph of ——DRA. CONSUELO BARRERO Y GONZALEZ——
Notary Public.- - - - - - - - - - - - - - - - - - - -

Santa Clara, 25th January 1971.-

(Two illegible signatures)

(On these signatures there appear two rubber-stamp impressions
of the official seal of both Notaries).————————————————————

—————oOoOOooo———

I, OSCAR P. LEYVA, English-Spanish Translator, Certify:
- THAT THE FOREGOING IS A TRUE AND FAITHFUL TRANSLATION
MADE BY ME, FROM THE ORIGINAL DOCUMENT ATTACHED.- - - -

6780 Coral Way. Mia. Fl. 3315

STATE OF FLORIDA
COUNTY OF DADE
Subscribed and sworn before me
this day 19th of Sept. 19 2001
NOTARY PUBLIC

OFFICIAL NOTARY SEAL
R PEREZ
COMMISSION NUMBER
CC709826
MY COMMISSION EXPIRES
FEB. 14,2002