IN THE CIRCUIT COURT FOR MIAMI-DADE COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF
GUSTAVO ADOLFO MORALES
a/k/a GUSTAVO MORALES BLAS

File No. 06-2681 CP 03

Division _____

Deceased.

PETITION FOR ADMINISTRATION
(testate Florida resident—single petitioner)

Petitioner, Justa Cirila Morales, also known as Justa Cirila Nunez, alleges:

1. Petitioner has an interest in the above estate as surviving spouse. Petitioner's address is 8035 SW 26 Street, Miami, Florida 33155, and the name and office address of petitioner's attorney are set forth at the end of this petition.

2. Decedent, Gustavo Adolfo Morales, whose last known address was 8035 SW 26th Street, Miami, Florida 33155, whose age was 72, and whose social security number is 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, died on March 6, 2006, at Miami, Florida, and on the date of death decedent was domiciled in Miami-Dade County, Florida.

3. So far as is known, the names of the beneficiaries of this estate and of the decedent's surviving spouse, if any, their addresses and relationship to decedent, and the dates of birth of each are:

| NAME | ADDRESS | RELATIONSHIP | BIRTH DATE [If Minor] |
|---|---|---|---|
| Justa Morales | 8035 SW 26 Street Miami, Florida 33155 | Wife | 07/09/1933 |
| Marylin Morales | 8035 SW 26 Street Miami, Florida 33155 | Daughter | 12/14/1971 |
| Alina Morales | 26 Sir Joseph Court Taunton, MA 02780 | Daughter | 09/18/1958 |
| Gustav Morales | 3650 Humboldt Ave. N. Minneapolis, MN 55412 | Son | 06/17/1966 |

4. Venue of this proceeding is in this county because Decedent was domiciled in Miami-Dade County at the time of his death.

Bk 24664 Pg 849 CFN 20060691549 06/26/2006 10:20:30 Pg 1 of 3 Mia-Dade Cty, FL

**EXHIBIT B**

5. Justa Morales, whose address is 8035 SW 26 Street, Miami, Florida 33155, and who is qualified under the laws of the State of Florida to serve as personal representative of the decedent's estate is entitled to preference in appointment as personal representative because Spouse.

6. The nature and approximate value of the assets in this estate are:

| Asset | Value |
|---|---|
| Real Estate | Unknown |
| Auto | Unknown |
| Tangible personal property | Unknown |
| Investments | Unknown |
| Litigation against CitiBank | In excess of $75,000.00 |

7. It is currently undetermined whether the estate will be required to file a federal estate tax return.

8. Attached to and made part of this petition is decedent's last will dated February 7th, 2006 with a true and complete English translation.

9. Domiciliary or principal proceedings are not known to be pending in another state or country.

10. Petitioner is unaware of any un-revoked will or codicil of decedent other than as set forth in paragraph 8.

11. The will waives the filing of bond by the personal the filing of bond by the personal representative.

12. Decedent's funeral services occurred in Miami, Florida. All expenses related to the funeral have been paid, see attached

Petitioner requests that the decedent's will be admitted to probate and that Justa Morales be appointed personal representative of the estate of the decedent.

Bk 24664 Pg 850 CFN 20060691549 06/26/2006 10:20:30 Pg 2 of 3 Mia-Dade Cty, FL

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.

Signed on 06-15-06

_Justa C Morales_
Justa Morales
Petitioner

_David G. Cornell_
David G. Cornell
Attorney for Petitioner

Florida Bar No. 0487554
Marcell Felipe, P.A.
1401 Brickell Ave. Suite 500
Miami, Florida 33131
Telephone: (305) 381-8500