




**John G. Loughnane**
jloughnane@ghlaw.com

Tel: 617 345 7098
Fax: 617 204 8098

February 20, 2004

**VIA OVERNIGHT MAIL**

Mr. Gustavo Adolfo Blas Morales Gonzalez
8035 S.W. 26th Street
Miami, FL 33155

225 Franklin Street
Boston MA 02110
Tel 617 345 7000
Fax 617 345 7050
www.ghlaw.com

    Re:    Citicorp Shares of Stock

Dear Mr. Gonzalez:

    Marta and I look forward to speaking with you next Wednesday at 10:00 am. I understand from Bob that he and Alina will come in to our office and we will connect you by phone.

    Enclosed for your information is an excerpt from a book called "Capital Changes Reporter" to help track the history of stock in the First National City Bank of New York. Obviously, you are most interested in the history beginning in December, 1933 when the first certificate for 20 shares was issued in the name of Jose Morales Morales.

    I have put an asterisk next to the entries that appear most relevant. Note: this listing appears to end in the mid 1990's -- we will need to update from the library. Most importantly, please note the entry for February 16, 1953 "1 new share per 24 shares held." That information is consistent with the report provided to us by the Bank. The papers Bob and Alina provided to us included a draft letter dated November 8, 2002 from Marcell Felipe that inaccurately states "On January 19, 1953, there was a 24 for 1 stock split." This statement is wrong. The split was 1 for 24, not 24 for 1. The result is that after the 1953 split, it appears that Jose was entitled to just 2 more shares for the 50 he held – not 1150 additional shares as stated in the draft letter.

B0351626v1

**COMPOSITE**
**EXHIBIT C**

Gustavo Adolfo Blas Morales Gonzalez
February 20, 2004
Page 2

GADSBY HANNAH LLP

    We look forward to discussing with you on Wednesday and thought you would appreciate having this information in your hands before then.

**CONFIDENTIAL**

Very truly yours,

John G. Loughnane

JGL:hfo
Enclosure
cc:   Mr. & Mrs. Robert Tachara
      Marta van Dam, Esq.

B0351626v1


GADSBY HANNAH LLP

John G. Loughnane
jloughnane@ghlaw.com

Tel: 617 345 7098
Fax: 617 204 8098

March 3, 2004

Mr. Gustavo Adolfo Blas Morales Gonzalez
8035 S.W. 26th Street
Miami, FL 33155

Re: Citicorp Shares of Stock

Dear Mr. Gonzalez:

    I understand from Bob that you wish to proceed to tender the shares to the bank. I have confirmed today with Clifford A. Kendelhardt, Vice President of Citibank, the process and obtained his commitment that he will be personally involved in assisting us with this matter.

225 Franklin Street
Boston MA 02110

Tel 617 345 7000
Fax 617 345 7050

www.ghlaw.com

    You should send to Bob and Alina the three original certificates that you have. You should also send to them the enclosed Letter of Transmittal once you have done the following:

1. Please verify the information we have typed in;

2. Please supply your social security number where indicated;

3. Please sign your name where indicated -- note (a) the signature on that Lost Certificate section must be notarized so please do not sign until in the presence of a notary and (b) the signature on the front must be accompanied by a Signature Guarantee. Mr. Kendelhardt indicated that your local Citibank contact could likely assist with obtaining a guarantee (also now apparently called a medallion);

4. Please let me know if you have any questions on the form.

    Once you return the original Certificates and the original Letter of Transmittal to Bob and Alina, I will gather the documents from them and coordinate with Mr. Kendelhardt to send them by overnight mail to him. We will then work to follow-up so that the Bank issues both the shares and the check for dividend amounts to you.

Gustavo Adolfo Blas Morales Gonzalez
March 3, 2004
Page 2

GADSBY HANNAH LLP

    We strongly advise that you consult with a tax and/or estate planning attorney in Florida to best plan for and protect your interests in the property that will come to you.

    Please let me know if you have any questions. Marta and I would be pleased to speak to you about this letter and the steps you should take to complete the form. We look forward to talking with you whenever is convenient for you.

                                    Very truly yours,

                                    John G. Loughnane

JGL:hfo
Enclosure
cc:    Mr. & Mrs. Robert Tachara
       Marta van Dam, Esq.