UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-22285-CIV-GOLD/TURNOFF

JUSTA C. MORALES, as personal
representative of the estate of
GUSTAVO A. MORALES,

    Plaintiff,

v.

CITIBANK f/k/a THE NATIONAL BANK
OF NEW YORK,

    Defendant.
_____/

## ORDER SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT

**THIS CAUSE** is before the Court sua sponte. As discussed at the telephonic status conference on June 15, 2007, it is hereby **ORDERED AND ADJUDGED**:

1. Should the Plaintiff wish to respond to Defendant's Supplemental Motion to Transfer Venue, she shall do so no later than 5:00 p.m. on June 22, 2007.

2. Should the Defendant wish to file a reply, it shall do so no later than 5:00 p.m. on June 26, 2007.

3. Oral argument will be heard on Wednesday, June 27, 2007 at 3:00 p.m.

**DONE AND ORDERED** in Chambers, in Miami, Florida this 18 day of June, 2007.

                                                      ALAN S. GOLD
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
**U.S. Magistrate Judge William C. Turnoff**
**All counsel of record**