```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                    Case 05-22285-CIV-GOLD
```

FILED by _____ D.C.
APPEALS
JUL 0 2 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

GUSTAVO A. MORALES,

     Plaintiff,

vs.

CITIGROUP f/k/a THE NATIONAL
CITY BANK OF NEW YORK,

     Defendant.

MIAMI, FLORIDA

JUNE 27, 2007

(Pages 1 - 7)

---

TRANSCRIPT OF COURT'S RULING
BEFORE THE HONORABLE ALAN S. GOLD,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:
    OMAR ORTEGA, ESQ.
    Dorta & Ortega, P.A.
    800 South Douglas Road, Suite 149
    Coral Gables, FL  33134   305.461.5454
                      (Fax) 305.461.5226
    ortegalaw@bellsouth.net

FOR THE DEFENDANT:
    ELENA MARGARITA MARLOW, ESQ.
    Astigarraga Davis Mullins & Grossman
    701 Brickell Avenue, 16th Floor
    Miami, FL  33131      305.372.8282
                      (Fax) 305.372.8202
    emarlow@astidavis.com

TOTAL ACCESS NETWORK COURTROOM REALTIME TRANSCRIPTION