

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 3 2007

Thursday, August 02, 2007

**SO ORDERED**

*VIA FACSIMILE*

Honorable Judge George B. Daniels
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

*George B. Daniels*
HON. GEORGE B. DANIELS
AUG 0 3 2007

    RE:    ***Gustavo Morales v. CitiGroup***
           Case No.: 05-22285 CIV-GOLD
           Our File No.: 800.115

Dear Judge Daniels,

    Please be advised that we have an Initial Pretrial Conference scheduled before your Honor on September 20, 2007 at 9:30 A.M. regarding the above referenced matter. As our office is located in Coral Gables, Florida, we are requesting to appear at the Initial Pretrial Conference via telephone. Please advise if the same meets with your Honor's approval.

    Thank you for your attention to my request. In the interim, if you have any questions or concerns, please do not hesitate to have your Judicial Assistant contact me.

Sincerely,

Omar Ortega

cc: Elena Marlow, Esq. (via facsimile)
OO/hv

DOUGLAS ENTRANCE, 800 S. DOUGLAS ROAD, SUITE 149, CORAL GABLES, FLORIDA 33134
TELEPHONE • 305-461-5454 • FACSIMILE • 305-461-5226

Aug 02 2007 1:04PM Dorta & Ortega p.3
Case 1:07-cv-06286-GBD Document 3 Filed 08/03/2007 Page 1 of 1