SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 1:07-cv-06286-GBD

JUSTA C. MORALES, as personal
representative of the estate of
GUSTAVO A. MORALES,

    Plaintiff,

v.

CITIGROUP, INC. f/k/a THE NATIONAL
CITY BANK OF NEW YORK,

    Defendant.
_____/

6286

1:07-cv-06282-GBD

MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Rebecca J. Behr, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

> Jose I Astigarraga
> Astigarraga Davis Mullins & Grossman, P.A.
> 701 Brickell Avenue, 16th Floor
> Miami, Florida 33131
> Telephone:  (305) 372-8282
> Facsimile:  (305) 372-8202

Jose I. Astigarraga is a member in good standing of the Bar of the State of Florida.[1]

There are no pending disciplinary proceedings against Jose I. Astigarraga in any State or Federal court.

Dated: August 21, 2007

City, State: New York, NY

---

[1] Certificate of Good Standing, attached hereto as Exhibit "A."

Respectfully submitted,

*/s/ R. Behr*

Rebecca J. Behr
SDNY Bar No. 4014536
Citigroup Global Markets, Inc.
388 Greenwich Street
17th Floor
New York, NY 10013
Telephone: (212) 816-3031
Facsimile: (646) 843-3635

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTA C. MORALES, as personal
representative of the estate of
GUSTAVO A. MORALES,

    Plaintiff,

v.                                                    1:07 cv 06286 (GBD)

CITIGROUP, INC. f/k/a THE NATIONAL        AFFIDAVIT OF REBECCA BEHR
CITY BANK OF NEW YORK,                        IN SUPPPORT OF MOTION TO
                                                                 ADMIT COUNSE *PRO HAC VICE*

    Defendant.
_____/

State of New York   )
                         ) SS
County of New York )

Rebecca J. Behr, being duly sworn, here deposes and says as follows:

1.     I am Rebecca J. Behr, counsel for the Defendant in the above captioned action. I am familiar with the proceeding in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Jose I. Astigarraga as counsel *pro hac vice* to represent Defendant in this matter.

2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law in 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Jose I. Astigarraga since April 2007.[1]

4.     Mr. Astigarraga is a shareholder of the firm of Astigarraga Davis Mullins & Grossman, P.A., at 701 Brickell Avenue, 16th Floor, Miami, Florida 33131, Telephone: (305) 372-8282.

5.     I have found Mr. Astigarraga to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Jose I. Astigarraga, *pro hac vice*.

---

[1] Mr. Astigarraga is a shareholder of the firm Astigarraga Davis. Astigarraga Davis and Mr. Astigarraga, specifically, have represented Citigroup, Inc. in this and other matters, and I have been informed in that regard.

7.  I respectfully submit a proposed order granting the admission of Jose I. Astigarraga, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Jose I. Astigarraga, *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Dated: August 21, 2007

        Respectfully submitted,

        *R. Behr*
        Rebecca J. Behr
        SDNY Bar No. 4014536
        Citigroup Global Markets, Inc.
        388 Greenwich Street
        17th Floor
        New York, NY 10013
        Telephone: (212) 816-3031
        Facsimile: (646) 843-3635

SWORN TO AND SUBSCRIBED before me this 21 day of August, 2007.

        Rodd Corner
        Printed Name

**RODD CORNER**
Notary Public - State of New York
No. 01CO6169041
Qualified in New York County
My Commission Expires June 18, 2011

F:\WDOX\CLIENTS\10016\5002\00064941.DOC



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida   )

County of Leon   )

          In Re:    263508
                        Jose I. Astigarraga
                        Astigarraga Davis
                        701 Brickell Ave., Fl. 16
                        Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 19, 1978.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 25th day of July, 2007.

*[signature]*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smty20:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTA C. MORALES, as personal
representative of the estate of
GUSTAVO A. MORALES,

      Plaintiff,

v.                                                                              1:07 cv 06286-GBC

CITIGROUP, INC. f/k/a THE NATIONAL
CITY BANK OF NEW YORK,                       ORDER FOR ADMISSION
                                              *PRO HAC VICE*
      Defendant.                              ON WRITTEN MOTION
_____/

Upon the motion of Rebecca Behr, attorney for Defendant, Citigroup, Inc. f/k/a The National City Bank of New York ("Defendant"), and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

    Jose I. Astigarraga
    Astigarraga Davis Mullins & Grossman, P.A.
    701 Brickell Avenue, 16th Floor
    Miami, Florida 33131
    Telephone: (305) 372-8282
    Facsimile: (305) 372-8202

is admitted to practice *pro hac vice* as counsel for Defendant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

                                                                  _____
                                                                   United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTA C. MORALES, as personal
representative of the estate of
GUSTAVO A. MORALES,

    Plaintiff,

v.                                    1:07 cv 06286-GBC

CITIGROUP, INC. f/k/a THE NATIONAL
CITY BANK OF NEW YORK,             DECLARATION OF SERVICE

    Defendant.
_____/

       John F. Burleigh, pursuant to 28 U.S.C. § 1746, declares and says as follows:

       I served upon plaintiff Justa C. Morales a copy of the Motion to Admit Counsel Pro Hac Vice, and the supporting affidavit of Rebecca Behr, the certificate of good standing for Jose I. Astigarraga and the proposed order annexed thereto in the above-captioned action by first-class mail, by placing them in an envelope addressed to Plaintiff's counsel, with proper postage affixed thereto, and by causing that envelope to be deposited in a receptacle for deliveries by the United States Postal Service. The envelope was addressed as follows:

          Omar Ortega, Esq.
          Dorta & Ortega, P.A.
          2222 Ponce de Leon Blvd., Suite 306
          Coral Gables, FL 33134

       I swear under the penalties of perjury of the laws of United States that the foregoing is true and correct.

Dated: New York, New York
       August 22, 2007

                                                        John F. Burleigh