

ASTIGARRAGA DAVIS

701 Brickell Avenue • 16th Floor
Miami, Florida 33131-2847

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 0 2007

August 30, 2007

Honorable George Daniels
Judge, U.S. District Court
Courtroom 15D
500 Pearl Street
New York, NY 10007-1312

**SO ORDERED**
The initial pre trial conference is rescheduled for September 27, 2007 at 9:30a.m.

SEP 0 6 2007

*George B. Daniels*
HON. GEORGE B. DANIELS

RE:   Morales, etc., v. Citigroup, Inc., etc.
      Case No. 1:07-cv-0686-GBC

Dear Judge Daniels:

We represent the defendant, Citigroup, in the above referenced matter. The case is currently scheduled for an Initial Pretrial Conference on September 20, 2007 at 9:30 a.m. We have a scheduling conflict at that time, and are therefore writing to inquire whether the Court's calendar would permit the matter be re-scheduled during the week of September 24, 2007.

We have conferred with opposing counsel, who has stated that they have no objections, and has also provided us with their availability. Counsel for both parties are available anytime Monday, Tuesday and Wednesday (September 24, 25 and 26), and also anytime the morning of Thursday, September 27.

Also, the offices of counsel for both parties in this matter are located in South Florida. Counsel for the plaintiff has already requested and been granted permission to appear at the Initial Pretrial Conference telephonically. We request to do so as well.

Thank you for your consideration. Please do not hesitate to have your judicial staff contact us should you have any questions or concerns.

Sincerely,

Elena Marlow

ELM/lnc
cc:   Omar Ortega, Esq.. (via facsimile)
F:\WDOX\CLIENTS\10016\5002\00065783.DOC

ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.   Phone: 305.372.8282   Telefax: 305.372.8202   Web: www.astidavis.com