**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JUSTA MORALES

      Plaintiff,

-against-

      Defendant,

CITIGROUP, formerly known as
National City Bank of New York

07-CV 6286 (GBD)

**ORDER ON ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion Omar Ortega attorney for Plaintiff, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Omar Ortega |
| Firm Name: | Dorta & Ortega, P.A. |
| Address: | 800 S. Douglas Road, Suite 149 |
| City/State/Zip: | Coral Gables, FL 33134 |
| Phone Number: | (305)461-5454 |
| Fax Number: | (305)461-5226 |

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rule governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:      OCT 0 3 2007
City, State: _____

_George B. Daniel_
United States District/Magistrate Judge
HON. GEORGE B. DANIELS