



Monday, February 25, 2008

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

FEB 2 6 2008

07CV 6286

**VIA FACSIMILE**

Honorable Judge George B. Daniels
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

    RE:   ***Gustavo Morales v. CitiGroup***
           Case No.: 05-22285 CIV-GOLD
           Our File No.: 800.115

Dear Judge Daniels,

    We represent the Plaintiff Justa Morales in the above referenced matter. As you will note from our letterhead, our offices are located in Miami, Florida. Therefore, we respectfully request that you allow our appearance at the upcoming Case Management Conference on March 6, 2008 at 9:30 a.m. via telephone. We have previously appeared via telephone in other matters in regards to the present case.

    Should our request meet with your Honor's approval, please advise accordingly. Should you have any questions or concerns, please have your Judicial Assistant contact our office. Thank you for your attention in this matter.

                        Sincerely,

                        Omar Ortega

OO/va