UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 07CV6286 (GRD)

JUSTA C. MORALES, as personal
representative of the ESTATE of
GUSTAVO A. MORALES

    Plaintiff,

v.

CITIGROUP, INC. f/k/a THE NATIONAL CITY
BANK OF NEW YORK,

    Defendant;

CITIGROUP, INC. f/k/a THE NATIONAL CITY
BANK OF NEW YORK,

    Counter-plaintiff,

v.

JUSTA C. MORALES, as personal
representative of the ESTATE of
GUSTAVO A. MORALES,
JANE DOES 1 – X, and JOHN DOES 1 - X,

    Counter-defendants.

_____/

## NOTICE OF MEDIATION

Defendant/Counter-plaintiff, Citigroup, Inc. f/k/a The National City Bank of New York ("Citigroup") gives notice that a mediation shall take place on May 29, 2008 before the

CASE NO.: 07CV6286 (GRD)

Honorable Herbert Stettin, at 10:00 a.m. at the offices of Astigarraga Davis Mullins & Grossman, P.A., 701 Brickell Avenue, 16th Floor, Miami, Florida 33131.

Dated: March 27, 2008.                    Respectfully submitted,

/s Edward M. Mullins
**ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.**
José I. Astigarraga, Edward M. Mullins, & Jenelle La Chuisa
Fla. Bar No. 263508, 863920, & 9539988
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Tel:(305) 372-8282
Fax:(305) 372-8202
E-mail: emullins@astidavis.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2008, notice was delivered, via facsimile and U.S. mail, postage prepaid, to Honorable **Herbert Stettin**, 5401 Hammock Drive, Coral Gables, FL 33156 and **Omar Ortega, Esq.**, Dorta & Ortega, P.A., 800 South Douglas, Suite 149, Coral Gables, FL 33134-3107.

/s Edward M. Mullins
Edward M. Mullins

F:\WDOX\CLIENTS\10016\5002\00072339.DOC