UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 9 2008
```

JUSTA C. MORALES, as personal
representative of the estate of
GUSTAVO A. MORALES,

      Plaintiff,

v.

CITIGROUP, INC. f/k/a THE NATIONAL
CITY BANK OF NEW YORK,

      Defendant.
_____/

1:07 cv 06286-GBD

ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION

Upon the motion of Rebecca Behr, attorney for Defendant, Citigroup, Inc. f/k/a The National City Bank of New York ("Defendant"), and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

    Jenelle E. La Chuisa
    Astigarraga Davis Mullins & Grossman, P.A.
    701 Brickell Avenue, 16th Floor
    Miami, Florida 33131
    Telephone: (305) 372-8282
    Facsimile: (305) 372-8202

is admitted to practice *pro hac vice* as counsel for Defendant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: MAY 0 9 2008

                                                _George B. Daniels_
                                     United States District/Magistrate Judge
                                     **HON. GEORGE B. DANIELS**