| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: JUN 0 3 2008 |

# ASTIGARRAGA DAVIS

701 Brickell Avenue · 16th Floor
Miami, Florida 33131-2847

**SO ORDERED**

June 2, 2008

*George B Daniels*

**HON. GEORGE B. DANIELS**

JUN 0 3 2008

*Via Facsimile: (212) 805-6737*

The Honorable George B. Daniels
U.S. District Court Judge
Daniel Patrick Moynihan U.S Courthouse
Courtroom 15D
500 Pearl Street
New York, NY 10007-1312

    RE:    Morales, etc., v. Citigroup, Inc., etc.
             Case No. 07-cv-6286-GBD
             Request for telephone appearance at June 10, 2008, conference

Dear Judge Daniels:

    We represent Defendant Citigroup in the above-referenced matter. The next Case Management Conference in this case is scheduled for June 10, 2008 at 9:30 am. As our office is located in Miami, Florida, we are requesting to appear at the Case Management Conference via telephone, as we did at the last Case Management Conference. Please advise if this request meets with Your Honor's approval.

    Thank you for your consideration of this matter. Please do not hesitate to have your judicial staff contact us should you have any questions or concerns.

                                        Sincerely,

                                        Jenelle La Chuisa

JLC/lnc
cc:    Omar Ortega, Esq., (via facsimile)

P:\WDOX\CLIENTS\1006\5002\00070801.DOC

ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.    Phone: 305.372.8282    Telefax: 305.372.8202    Web: www.astidavis.com