UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 07CV6286 (GBD)

JUSTA C. MORALES, as personal
representative of the ESTATE of
GUSTAVO A. MORALES,

    Plaintiff,

v.

CITIGROUP, INC. f/k/a THE NATIONAL
CITY BANK OF NEW YORK,

    Defendant.
_____/

### DEFENDANT CITIGROUP, INC.'S NOTICE THAT MOTION TO SERVE COUNTERCLAIM BY PUBLICATION IS MOOT

Defendant Citigroup, Inc. ("Citi") hereby notifies Plaintiff Justa C. Morales and the Court that its Motion to Serve its Counterclaim by Publication [DE 19] is moot, based on the following grounds.

1.    On August 31, 2007, Citi filed its Answer, Defenses, Affirmative Defenses, and Counterclaim against Plaintiff, Jane Does 1-X, and John Does 1-X [DE 9].

2.    Plaintiff never responded to the Counterclaim.

3.    Citi since has filed an Amended Answer, Defenses, and Affirmative Defenses to Plaintiff's Amended Complaint, as a matter of right, Federal Rule of Civil Procedure 15(a), and thereby removed and withdrew its Counterclaim. Therefore, Citi's Motion to Serve the Counterclaim by Publication is moot.

CASE NO.: 07CV6286 (GBD)

Respectfully submitted,

/s/ Edward M. Mullins
**ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.**
José I. Astigarraga, Edward M. Mullins, Jenelle E. La Chuisa
Fla. Bar No. 263508, 863920 & 0539988
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Tel:(305) 372-8282
Fax:(305) 372-8202
E-mail: emullins@astidavis.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: **Reinaldo J. Dorta, Jr., Esq.**, and **Omar Ortega, Esq.**, Dorta & Ortega, P.A., 2222 Ponce de Leon Blvd., Suite 306, Coral Gables, FL 33134.

/s/   Edward M. Mullins
Edward M. Mullins

F:\WDOX\CLIENTS\10016\5002\00074688.DOC