USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 11 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUSTA C. MORALES,

                Plaintiff,

     -against-

CITIGROUP, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 CV 6286 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

    Defendant Citigroup, Inc.'s motion to strike all claims for attorneys' fees contained in the Amended Complaint is GRANTED.

Dated: July 11, 2008
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge